1  GRODSKY & OLECKI LLP
   Allen B. Grodsky (SBN 111064)
2  *allen@grodsky-olecki.com*
   Courtney Purisky (SBN  (SBN 251330)
3  *courtney@grodsky-olecki.com*
   2001 Wilshire Boulevard, Suite 210
4  Santa Monica, California 90403
   Telephone:  (310) 315-3009
5  Facsimile: (310) 315-1557

6  Attorneys for Defendants Boldface Group, Inc.
   and Boldface Licensing + Branding

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT**

10

11 | CHROMA MAKEUP STUDIO LLC, | ) | Case No. CV 12-09893 ABC (PJWx) |
   |---|---|---|
12 |             Plaintiff,      | ) | Hon. Audrey B. Collins |
   |      v.                     | ) | Magistrate Judge: Hon. Patrick J. Walsh |
13 |                             | ) | |
   | BOLDFACE GROUP, INC. and    | ) | Action Filed: November 19, 2012 |
14 | BOLDFACE LICENSING +        | ) | |
   | BRANDING,                   | ) | **NOTICE OF SETTLEMENT** |
15 |                             | ) | |
   |             Defendants.     | ) | |
16 | _____   | ) | Discovery Cut-Off:   December 6, 2013 |
   |                             |   | Motion Cut-Off:   January 6, 2013 |
17 |                             |   | Trial Date:   April 22, 2013 |

                                                                  Notice of Settlement

1     Pursuant to Local Rule 16-15.7, the parties hereto notify the Court that this
2 matter has been settled. The parties are in the process of preparing a written
3 settlement agreement. A dismissal of this matter will be filed on or before January 10,
4 2014.

Dated: November 12, 2013

GRODSKY & OLECKI LLP
Allen B. Grodsky
Courtney Puritsky

By: /s/ Allen B. Grodsky
      Allen B. Grodsky

Attorneys for Defendants Boldface
Group, Inc. and Boldface Licensing +
Branding

Dated: November 13, 2013

BROWNE GEORGE ROSS LLP
Peter W. Ross

By: [signature]
    Peter W. Ross

Attorneys for Plaintiff
Chroma Makeup Studio LLC