JS-6

1  BROWNE GEORGE ROSS LLP
   Peter W. Ross (State Bar No. 109741)
2     pross@bgrfirm.com
   Keith J. Wesley (State Bar No. 229276)
3     kwesley@bgrfirm.com
   Jonathan L. Gottfried (State Bar No. 282301)
4     jgottfried@bgrfirm.com
   2121 Avenue of the Stars, Suite 2400
5  Los Angeles, California 90067
   Telephone: (310) 274-7100
6  Facsimile: (310) 275-5697

7  Attorneys for Plaintiff
   CHROMA MAKEUP STUDIO LLC
8
   GRODSKY & OLECKI, LLP
9  Allen B. Grodsky (State Bar No. 111064)
      allen@grodsky-olecki.com
10 Courtney L. Puritsky(State Bar No. 251330)
      courtney@grodsky-olecki.com
11 2001 Wilshire Blvd #210
   Santa Monica, CA 90403
12 Telephone: (310) 315-3009
   Facsimile: (310) 315-1557
13
   Attorneys for Defendants
14 BOLDFACE GROUP, INC. and
   BOLDFACE LICENSING + BRANDING
15

16                    UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
18

19

20 CHROMA MAKEUP STUDIO LLC,           Case No. CV 12-09893 ABC (PJWx)

21              Plaintiff,              The Hon. Audrey B. Collins
                                        [Magistrate Judge: Hon. Patrick J. Walsh]
22       vs.

23 BOLDFACE GROUP, INC., and           [**PROPOSED**] ORDER OF DISMISSAL
   BOLDFACE LICENSING + BRANDING,
24              Defendant.              Trial Date:  April 22, 2014

25

26

27       Pursuant to the parties' Joint Stipulation For Dismissal, and good cause appearing therefor,
28

1  IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed
2  with prejudice in its entirety, including all claims, with each party to bear its own costs, expenses,
3  and attorneys' fees.
4  IT IS SO ORDERED:

6  DATED:  January 9, 2014   _____
7                                              Hon. Audrey B. Collins
8                                              United States District Judge