BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Chroma Makeup Studio LLC

FILED
CLERK, U.S. DISTRICT COURT

DEC — 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHROMA MAKEUP STUDIO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BOLDFACE GROUP, INC., and BOLDFACE LICENSING + BRANDING,<br><br>Defendants. | Case No.  CV 12-09893 ABC (PJWx)<br>Assigned to the Hon. Audrey B. Collins<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>Trial Date: None Set |

408483.1

1       Pursuant to the Stipulation for Entry of Judgment executed by the parties to

2   this action,

3       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff

4   Chroma Makeup Studio LLC will have judgment against defendants Boldface

5   Group, Inc. and Boldface Licensing + Branding, jointly and severally, in the sum of

6   $ _60,500_ (which includes outstanding payments, interest at the rate of

7   10% from the date of defendants' last payment to plaintiff until the date of entry of

8   this judgment, attorneys' fees and costs incurred by plaintiff in obtaining and

9   enforcing the judgment, and costs of suit),  less credits of $_____—_____

10  previously paid by defendants.  The foregoing amounts total $ _60,500_ . Post-

11  judgment interest is awarded at _10_ %.

12

13

14  DATED: ___12/1___, 201_4_   _____

15      Hon. Audrey B. Collins,

    Judge of the Federal Court

16

17

18

19

20

21

22

23

24

25

26

27

28