Peter W. Ross (SBN 109893); Wesley S. Nakajima (SBN 292276)
Jonathan L. Gottfried (SBN 282301)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROMA MAKEUP STUDIO LLC <br><br> Plaintiff(s) <br><br> v. <br><br> BOLDFACE GROUP, INC., and BOLDFACE LICENSING + BRANDING <br><br> Defendant(s) | CASE NUMBER: <br> CV 12-09893 ABC (PJWx) <br><br> SECOND AMENDED WRIT OF EXECUTION |

TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  December 2, 2014  a judgment was entered in the above-entitled action in favor of:
Chroma Makeup Studio LLC

as Judgment Creditor and against:
Boldface Group, Inc. (jointly and severally)
Boldface Licensing + Branding (jointly and severally)

as Judgment Debtor, for:

| $ | 60,000.00 | Principal, |
|---|---|---|
| $ | 500.00 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 0.00 | Costs, making a total amount of |
| $ | 60,500.00 | **JUDGMENT AS ENTERED** |

**NOTE:  JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

**SECOND AMENDED WRIT OF EXECUTION**

CV-23 (6/01)

PAGE 1 OF 3

American LegalNet, Inc.
www.FormsWorkflow.com

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** n/a **District of** n/a, to wit:

$ _____0.00_____ accrued interest, and

$ _____0.00_____ accrued costs, making a total of

$ _____0.00_____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____60,500.00_____ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____60,500.00_____ Is due on the judgment as entered and bears interest at n/a percent per annum, in the amount of $ n/a per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: DEC 18 2014

By: LUZ HERNANDEZ
    Deputy Clerk
    1170

---

**SECOND AMENDED WRIT OF EXECUTION**

CV-23 (6/01)

PAGE 2 OF 3

American LegalNet, Inc.
www.FormsWorkflow.com

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Katten Muchin Rosenman LLP
c/o William B. Freeman
515 South Flower Street, Suite 1000
Los Angeles, California 90067-3012

Boldface Group, Inc.
1945 Euclid Street
Santa Monica, California 90404

Boldface Licensing + Branding
1945 Euclid Street
Santa Monica, California 90404

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.